**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT**
**OF NEW YORK**

_____

In re the Petition of

                                           Civil Action No.

PVS International,
United Agencies,
Maghanmal Jethanand
 (General Trading Company)

For Discovery In Aid of a Foreign Proceeding
 Pursuant to 28 U.S.C. § 1782

_____

### DECLARATION OF J. STEPHEN SIMMS IN SUPPORT
### OF PETITION FOR AN ORDER ALLOWING
### <u>DISCOVERY PURSUANT TO 28 U.S.C. § 1782</u>

      Pursuant to 28 U.S.C. § 1746, I, J. Stephen Simms, hereby declare under penalty of perjury that the following is true and correct:

      1.      I am a Principal of the law firm of Simms Showers LLP, which represents Petitioners PVS International, United Agencies and Maghanmal Jethanand  (General Trading Company)(collectively "Petitioners") in connection with the accompanying Petition. I submit this declaration in support of a Petition for an order to obtain discovery for use in a foreign tribunal pursuant to 28 U.S.C. § 1782.

      2.      Attached as **Exhibit A** to the Petition is a true and correct copy of the Statement of Claim filed in the related foreign proceeding pending in the High Court of the Republic of Singapore (ADM. No. 67 of 2014), *PVS International, et al. v. Lixon Maritime Pte Ltd, et al.* (the "Singapore Action"), which involve claims for loss of cargo resulting from the sinking of a vessel, FU SHENG HAI (the "Vessel") bound for Busan, Korea.

3.      Petitioners seek substantive information regarding the loss of the Vessel and the

cargo, which it expects to find in the possession of the hull insurer of the Vessel, People's

Insurance Company of China ("PICC"), and HSBC Bank USA, N.A. ("HSBC").  PICC paid out

on the hull insurance policy to owners or directors of Lixon Maritime Services Pte Ltd (the

owner of the Vessel), who subsequently dissolved that entity and now operate as Lixon Maritime

Pte Ltd ("Lixon").

4.      HSBC completed the wire transfer of any payments associated with the hull

insurance policy to the owners or directors of the Vessel.

5.      PICC's office is located at 400 Madison Ave, New York, NY 10017.

6.      HSBC's New York office is located at 452 5th Avenue, New York, NY 10018.

7.      Herewith is a true and correct copy of a proposed Order, ordering the issuance of

a subpoena on HSBC and PICC to compel discovery for use in a foreign tribunal pursuant to 28

U.S.C. § 1782.

8.      Herewith also are true and correct copies of proposed subpoenas to be served on

HSBC and PICC.

I certify pursuant to 28 U.S.C. Section 1746 that the
foregoing is true and correct.

Dated:  August 20, 2015

/s/   *J. Stephen Simms*
J. Stephen Simms
Simms Showers LLP
201 International Circle
Baltimore, Maryland 21030
Phone:       410-783-5795
Facsimile:  410-783-5795
jssimms@simmsshowers.com

Attorneys for Petitioners

2